IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLLEGIATE LICENSING COMPANY, LLC,<br><br>                           Plaintiff,<br><br>      v.<br><br>SHENZHEN STARSHIP TROOPERS, et al.<br><br>                           Defendants. | Case No. 25-cv-06173<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

**PLAINTIFF'S MOTION FOR ENTRY OF CONSENT JUDGMENT
AS TO CERTAIN DEFENDANTS**

Collegiate Licensing Company, LLC ("Plaintiff") filed a Complaint against Defendants WANSHENUS (No. 3), Xiaopengstore (No. 6), yingfeng-US (No. 12), yingpeiw (No. 13), yuyun-US (No. 14), This is nicing (No. 52), TMxiuaitwo (No. 56), umi buff (No. 66), Urban Muse (No. 67), Vitality Youth Studio (No. 73), WarmSun YF (No. 78), WJGFLKGdd (No. 84), YaYwaiYaY (No. 96), ybytwo (No. 97), XiYue Clo (No. 116), and YuYuanClothing (No. 119) (the "Defendants") on June 3, 2025 [1]. Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint and have agreed to entry of the proposed Consent Judgment. Plaintiff now moves this Honorable Court for the entry of a Consent Judgment as to Defendants.[1] A copy of the proposed Consent Judgment has been submitted Proposed_Order_Durkin@ilnd.uscourts.gov.

---

1

Dated this 31st day of October 2025.

Respectfully submitted,

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Rachel S. Miller
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff*
*Collegiate Licensing Company, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of October 2025 I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Rachel S. Miller
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff*
*Collegiate Licensing Company, LLC*