IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLLEGIATE LICENSING COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN STARSHIP TROOPERS, et al. <br><br> Defendants. | Case No. 25-cv-06173 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Daniel P. McLaughlin** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AS TO ALL REMAINING DEFENDANTS**

Plaintiff Collegiate Licensing Company, LLC ("Plaintiff"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case[1]. This Motion does not apply to Defendants WANSHENUS (No. 3), Xiaopengstore (No. 6), yingfeng-US (No. 12), yingpeiw (No. 13), yuyun-US (No. 14), This is nicing (No. 52), TMxiuaitwo (No. 56), umi buff (No. 66), Urban Muse (No. 67), Vitality Youth Studio (No. 73), WarmSun YF (No. 78), WJGFLKGdd (No. 84), YaYwaiYaY (No. 96), ybytwo (No. 97), XiYue Clo (No. 116), and YuYuanClothing (No. 119).[2] In support of this Motion, Plaintiff submits the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as Exhibit 1

[2] Along with this Motion for Entry of Default and Default Judgment, Plaintiff is concurrently filing a Motion for Entry of Consent Judgment as to Defendants WANSHENUS (No. 3), Xiaopengstore (No. 6), yingfeng-US (No. 12), yingpeiw (No. 13), yuyun-US (No. 14), This is nicing (No. 52), TMxiuaitwo (No. 56), umi buff (No. 66), Urban Muse (No. 67), Vitality Youth Studio (No. 73), WarmSun YF (No. 78), WJGFLKGdd (No. 84), YaYwaiYaY (No. 96), ybytwo (No. 97), XiYue Clo (No. 116), and YuYuanClothing (No. 119). Once these motions are granted, the case can be terminated.

Dated this 31st day of October 2025.　　　Respectfully submitted,

<u>/s/ Kahlia R. Halpern</u>
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Rachel S. Miller
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff*
*Collegiate Licensing Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Rachel S. Miller
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff*
*Collegiate Licensing Company, LLC*