IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLLEGIATE LICENSING COMPANY, LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>SHENZHEN STARSHIP TROOPERS, et al.<br><br>           Defendants. | Case No. 25-cv-06173<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

**CONSENT JUDGMENT**

This action having been commenced by Plaintiff Collegiate Licensing Company, LLC ("Plaintiff") against Defendants WANSHENUS (No. 3), Xiaopengstore (No. 6), yingfeng-US (No. 12), yingpeiw (No. 13), yuyun-US (No. 14), This is nicing (No. 52), TMxiuaitwo (No. 56), umi buff (No. 66), Urban Muse (No. 67), Vitality Youth Studio (No. 73), WarmSun YF (No. 78), WJGFLKGdd (No. 84), YaYwaiYaY (No. 96), ybytwo (No. 97), XiYue Clo (No. 116), and YuYuanClothing (No. 119) (the "Defendants). Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint.

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over the Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products using infringing and counterfeit versions of the CLC Protected Trademarks to residents of Illinois. A non-exclusive list of the CLC Protected Trademarks is included in the below chart.

1

| MICHIGAN U.S. Reg. Nos. 4,764,581; 1,310,132 | WOLVERINES U.S. Reg. No. 2,357,021 | M GO BLUE U.S. Reg. Nos. 2,781,716; 1,307,632 | U.S. Reg. No. 1,364,137 |
|---|---|---|---|
| TENNESSEE U.S. Reg. No. 1,368,639 | VOLUNTEERS U.S. Reg. No. 1,390,743 | VOLS U.S. Reg. No. 4,514,016; 1,335,456 | U.S. Reg. No. 2,445,722 |

This Court further finds that Defendants are liable for willful false designation of origin (15 U.S.C. § 1125(a)).

The Court further orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. using the CLC Protected Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine CLC product or not authorized by Plaintiff to be sold in connection with the CLC Protected Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine CLC product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the CLC Protected Trademarks;

2

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d. further infringing the CLC Protected Trademarks and damaging Plaintiff's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the CLC Protected Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon receipt of this Order, Amazon.com, Inc. ("Amazon"), WhaleCo. Inc. ("Temu"), and Walmart Inc. ("Walmart") shall remove any restraints that were placed on Defendants WANSHENUS (No. 3), Xiaopengstore (No. 6), yingfeng-US (No. 12), yingpeiw (No. 13), yuyun-US (No. 14), This is nicing (No. 52), TMxiuaitwo (No. 56), umi buff (No. 66), Urban Muse (No. 67), Vitality Youth Studio (No. 73), WarmSun YF (No. 78), WJGFLKGdd (No. 84), YaYwaiYaY (No. 96), ybytwo (No. 97), XiYue Clo (No. 116), and YuYuanClothing (No. 119) e-commerce stores and financial accounts pursuant to the Temporary Restraining Order [26].

3. This case is dismissed with leave to reinstate as to Defendants within one hundred and eighty (180) days, at such time, absent a motion to reinstate, shall automatically convert to a dismissal with prejudice.

4. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED:  November 3, 2025

                                                Thomas M. Durkin
                                                United States District Judge